IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| REX ANDREW WHITLOCK, Movant pro se, | :: :: :: | MOTION TO VACATE 28 U.S.C. § 2255 |
| v. | :: :: | CRIMINAL NO. 4:08-CR-0044-RLV-WEJ-1 |
| UNITED STATES OF AMERICA, Respondent. | :: :: :: | CIVIL ACTION NO. 4:11-CV-0110-RLV-WEJ |

## **FINAL REPORT AND RECOMMENDATION**

This matter has been submitted to the undersigned Magistrate Judge for consideration of movant Rex Andrew Whitlock's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 [84], and the government's Response [87]. For the reasons stated below, the undersigned **RECOMMENDS** that the Motion be **GRANTED**.

A federal grand jury returned a two-count indictment [3] against Mr. Whitlock and co-defendant Tray Deandrea Galbreath, charging them in Count One with conspiracy to possess with the intent to distribute at least five kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii), and 846; and in Count Two with possessing with the intent to distribute at least five kilograms of a mixture and substance containing a

detectable amount of cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii) and 18 U.S.C. § 2. (Indict.) Mr. Whitlock filed a Motion to Suppress Evidence and Statements [15], which the Court denied [40, 51] following an evidentiary hearing [33]. Mr. Whitlock entered a negotiated guilty plea to Count One, reserving his right to appeal the denial of his suppression motion. (Plea Agreement [75-1].) The Court sentenced Mr. Whitlock to 120 months of imprisonment. (J. [81].) No notice of appeal was filed.

Mr. Whitlock timely filed the instant Motion to Vacate, arguing that his attorney was ineffective for failing to file an appeal of the denial of his suppression motion. (Br. [84-1].) Mr. Whitlock attached a declaration from Bruce Harvey, his attorney, stating that Mr. Harvey failed to file an appeal and that Mr. Whitlock never instructed him not to do so. (Decl. [84-2] ¶¶ 4, 6-10.) The government responds that Mr. Whitlock has demonstrated ineffective assistance of counsel. (Resp. [87].) The undersigned agrees that Mr. Whitlock received ineffective assistance of counsel as a result of Mr. Harvey's failure to file an appeal.

Accordingly, the undersigned **RECOMMENDS** that the Motion to Vacate [84] be **GRANTED**, and that, pursuant to United States v. Phillips, 225 F.3d 1198, 1201 (11th Cir. 2000):

(1) The criminal judgment in this action be **VACATED**;

(2) The sentence, including all terms and conditions, and special assessment imposed by this Court on June 4, 2010, be **REIMPOSED** with appropriate credit for time already served and sums of the special assessment that may have already been paid; and

(3) Movant be **ADVISED** that (a) he has the right to an appeal, and (b) with few exceptions, any notice of appeal must be filed within fourteen days, pursuant to Fed. R. App. P. 4(b)(1)(A).

The Clerk is **DIRECTED** to terminate the referral to the Magistrate Judge.

**SO RECOMMENDED**, this 18th day of January, 2012.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| REX ANDREW WHITLOCK, | :: | MOTION TO VACATE |
| Movant pro se, | :: | 28 U.S.C. § 2255 |
| | :: | |
| v. | :: | CRIMINAL NO. |
| | :: | 4:08-CR-0044-RLV-WEJ-1 |
| UNITED STATES OF AMERICA, | :: | |
| Respondent. | :: | CIVIL ACTION NO. |
| | :: | 4:11-CV-0110-RLV-WEJ |

**ORDER FOR SERVICE OF
<u>FINAL REPORT AND RECOMMENDATION</u>**

Let this Final Report and Recommendation of the United States Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and the Court's Local Rule 72.1B, be filed and a copy, together with a copy of this Order, be served upon counsel for the parties.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the Final Report and Recommendation within fourteen (14) days of the receipt of this Order. Should objections be filed, they shall specify with particularity the alleged error(s) made (including reference by page number to any transcripts if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review

by the District Court. If no objections are filed, the Final Report and Recommendation may be adopted as the opinion and order of the District Court, and any appellate review of factual findings will be limited to a plain error review. United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983) (per curiam).

The Clerk is directed to submit the Final Report and Recommendation with objections, if any, to the District Court after expiration of the above time period.

**SO ORDERED**, this 18th day of January, 2012.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)