
FEB 0 8 2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| REX ANDREW WHITLOCK,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CRIMINAL NO.<br>NO. 4:08-CR-44-RLV<br><br>CIVIL ACTION NO.<br>4:11-CV-0110-RLV-WEJ |

## O R D E R

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this  8th  day of February, 2012.

ROBERT L. VINING, JR.
Senior United States District Judge