FILED IN CHAMBERS
U.S.D.C. - Rome
MAY 19 2014
JAMES N. HATTEN, Clerk
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

REX ANDREW WHITLOCK

v.

UNITED STATES OF AMERICA

CRIMINAL ACTION NO.
4:08-CR-44-RLV

ORDER

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 19th day of May, 2014.

ROBERT L. VINING, JR.
Senior United States District Judge